HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAVONNELL WARE, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>SBC NORTHWEST, LLC, JOSEPH WALKER,<br><br>Defendants. | No. 2:19-cv-01300-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADINGS AND ISSUANCE OF SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR:<br>October 15, 2019 |

Based upon the Stipulation of the parties, it is hereby:

ORDERED that Defendants SBC Northwest, LLC and Joe Walker (collectively, "Defendants") shall have until November 8, 2019, to file responsive pleadings and motions under Fed. R. Civ. P. 12.

It is hereby FURTHER ORDERED that the deadline for the Fed. R. Civ. P. 26(f) Conference will be continued until November 15, 2019, the deadline for Initial Disclosures will be continued until November 22, 2019, and deadline for the submission of a Joint Status Report shall be continued until November 29, 2019. Neither the foregoing extensions, nor the parties' Stipulation requesting the same shall operate to prejudice or waive Defendants' ability to assert any defenses or other rights in response to Plaintiff's Complaint.

/-/-/

/-/-/

ORDER GRANTING STIPULATED MOTION TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT - 1
(Case No.: 2:19-cv-01300-BJR)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

IT IS SO ORDERED this 16th day of October, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Jointly Presented By:

| KENNEDY HODGES, LLP | JACKSON LEWIS P.C. |
|---|---|
| By:___ /s/ Gabriel A. Assaad _____<br>Gabriel A Assaad, *pro hac vice*<br>4409 Montrose Blvd., Suite 200<br>Houston, TX 77006<br>713-523-0001<br>gassaad@kennedyhodges.com<br>Attorneys for Plaintiff Lavonnell Ware | By:__/s/ Peter H. Nohle _____<br>Peter H. Nohle, WSBA # 35849<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101<br>206-405-0404<br>peter.nohle@jacksonlewis.com<br>Attorneys for Defendants SBC Northwest, LLC and Joe Walker |

THE PAUL WOODS LAW FIRM PLLC

By:____ /s/ Paul S. Woods_____ _____
Paul S. Woods, WSBA #42976
1001 4th Avenue, Suite 3200
Seattle, WA 98154
425-773-8109
paul@paulwoodslawfirm.com
Attorneys for Plaintiff Lavonnell Ware

ORDER GRANTING STIPULATED MOTION TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT - 2
(Case No.: 2:19-cv-01300-BJR)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404